EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | 2025 TSPR 103 |
|---|---|
| Aprobación de Cambio de Estatus Inactivo de septiembre de 2025 | 216 DPR ___ |

Número del Caso:  EM-2025-0013


Fecha:  17 de octubre de 2025


Materia: Aprobación de Cambio de Estatus Inactivo de septiembre de 2025.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de septiembre de 2025

EM-2025-0013

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de octubre de 2025.

Durante el periodo de septiembre de 2025, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Elba Rivera de Báez Galib | 4,010 |
| José Reyes Herrero | 4,044 |
| Jorge Puig Ramírez | 5,731 |
| Miguel A. Santiago Gómez | 5,768 |
| Manuel Núñez Corrada | 6,974 |
| Franklin Rivera Rivera | 7,032 |
| Gilda del Carmen Cruz Martinó | 7,884 |
| Antonio Rodas Viñas | 8,416 |
| Edwin Barreto Barreto | 8,463 |
| Ivette González Buitrago | 8,856 |
| María Esther Martínez Pinto | 12,990 |
| Marta E. Ortiz Camacho | 14,867 |

Solmarie Ramos Barreto                    20,638

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                               Secretario del Tribunal Supremo